AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 4:36 pm, Jul 28, 2025

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00127 |
| WILLIAM EDWIN ALLAUN, IV | ) Assigned To: Judge Faruqui, Zia M. |
| | ) Assign. Date: 7/28/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     WILLIAM EDWIN ALLAUN, IV                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) and (b)(1) - Receipt of Child Pornography.


Date: 07/28/2025
                                                                                              *Issuing officer's signature*

City and state:   Washington, DC                                        Zia M. Faruqui, U.S. Magistrate Judge
                                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/28/25, and the person was arrested on *(date)* 7/29/25
at *(city and state)* Washington, DC.

Date: 7/29/25
                                                                                              *Arresting officer's signature*

                                                                                              Paulina Murphy, SA
                                                                                              *Printed name and title*